IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Barnes, | ) | No. CV 05-2348-PHX-FJM (ECV) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Respondents. | ) | |

Pending before the court are Petitioner's Motion for the Appointment of Counsel (Doc. #9) and Motion for Leave to Proceed *In Forma Pauperis* (Doc. #11). Regarding the request for counsel, the court has the discretion to appoint counsel to represent an indigent petitioner in a § 2254 habeas corpus case when "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). An indigent prisoner is not entitled to appointed counsel unless it is necessary to prevent a violation of due process. Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986), cert. denied, 481 U.S. 1023 (1987).

A denial of appointed counsel under the circumstances of this case would not result in a due process violation. Moreover, the court does not find that the interests of justice require appointment of counsel in this case. Accordingly, Petitioner's motion for appointment of counsel will be denied.

With respect to Petitioner's motion to proceed *in forma pauperis*, the docket reflects that Petitioner has paid the $5.00 filing fee. As a result, the motion will be denied as moot.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for the Appointment of Counsel (Doc. #9) is **denied**; and

That Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. #11) is **denied**.

DATED this 23rd day of November, 2005.

Edward C. Voss
United States Magistrate Judge