1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8

9    Robert Barnes,                    )    No. CV 05-2348-PHX-FJM (ECV)
                                       )
10              Petitioner,            )    **ORDER**
                                       )
11   vs.                               )
                                       )
12                                     )
     Dora Schriro, et al.,             )
13                                     )
                Respondents.           )
14                                     )
     _____ )
15

16        Pending before the court are Petitioner's Motion for Time Enlargement (Doc. #3) and

17   Motion for Stay (Doc. #3).  Petitioner seeks additional time and a stay to obtain counsel and

18   to give the state court an opportunity to rule on a supplemental petition he filed pursuant to

19   Blakely v. Washington, 542 U.S. 296 (2004).  Petitioner filed the instant motion on the date

20   he filed his habeas petition, August 5, 2005.  Therefore, he has had more than six months to

21   obtain counsel and to pursue relief in a supplemental petition to the state court.  An additional

22   delay under these circumstances is not warranted.  Petitioner motion will therefore be denied.

23

24   ///

25   ///

26   ///

27   ///

28   ///

**IT IS THEREFORE ORDERED:**

That Petitioner's Motion for Time Enlargement (Doc. #3) and Motion for Stay (Doc. #3) are **denied**.

DATED this 27th day of February, 2006.

Edward C. Voss
United States Magistrate Judge